# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL AGUILAR,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CALFIN HOLDINGS, LLC, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 06CV1259-H (LSP)<br><br>**ORDER DENYING DEFENDANTS' REQUEST FOR REASSIGNMENT OF MAGISTRATE** |

On October 12, 2006, Defendants Calfin Holdings, LLC and the Law offices of Curtis O. Barnes (collectively "Defendants") filed a request entitled "Declination to Proceed Before A Magistrate Judge and Request for Reassignment to Another Magistrate Judge or District Judge." To the extent Defendants' papers were a notification that Defendants would not consent to Magistrate jurisdiction, the Court accepts that notification. However, the Court **DENIES** their request to reassign the matter to a new magistrate. All dates scheduled by the Magistrate and this Court remain unchanged. Additionally, the Court **ORDERS** Defendants to appear for the Early Neutral Evaluation Conference on **October 25, 2006** at 9:00 a.m. before Magistrate Judge Papas.

IT IS SO ORDERED

DATED: October 16, 2006

　　　　　　　　　　　　　　　　　　　　　_/s/ Marilyn L. Huff_
　　　　　　　　　　　　　　　　　　　　　MARILYN L. HUFF, District Judge
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

**COPIES TO:**

Eric F. Fagan
Law Office of Eric F. Fagan
2220 Otay Lakes Road, Suite 502-84
Chula Vista, CA 91915

Robert T. Barnes
Law Office of Curtis O. Barnes
390 West Cerritos Avenue
Anaheim, CA 92805