1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| CRYSTAL AGUILAR, | CASE NO. 06-CV-1259-H (LSP) |
|---|---|
| Plaintiff, | **ORDER:**<br>**(1) STRIKING ANSWER FILED IN PRO PER BY DEFENDANTS CALFIN HOLDINGS, LLC AND THE LAW OFFICES OF CURTIS O. BARNES (DOC. NO. 7);**<br>**(2) REQUIRING ROBERT T. BARNES, ESQ. TO SHOW CAUSE** |
| vs. | |
| CALFIN HOLDINGS, LLC; THE LAW OFFICES OF CURTIS O. BARNES, a professional corporation; PETER VU, an individual; VIJAY DESAI, an individual; and DOES 1 through 10, inclusive, | |
| Defendant. | |

Plaintiffs filed this action on June 15, 2006, asserting claims arising out of alleged unfair debt collection practices. (Doc. No. 1.) On August 28, 2006, Robert T. Barnes, Esq. signed and filed an answer as attorney for Defendants Calfin Holdings, LLC ("Calfin") and The Law Offices of Curtis O. Barnes, a professional corporation ("LOCOB"). (Doc. No. 5.) On September 1, 2006, Defendants Calfin and LOCOB filed an answer in pro per, signed by Robert T. Barnes as authorized agent for Calfin and LOCOB.

According to the Clerk of the Court's records, Robert T. Barnes is not admitted to practice in the Southern District of California. Moreover, corporations and limited

1  liability companies may not represent themselves, but must appear through a licensed
2  attorney.  See, e.g., In re Highley, 459 F.2d 554, 555 (9th Cir. 1972) (corporation may
3  only appear in a court proceeding through an attorney); Foley v. Allied Interstate, Inc.,
4  312 F. Supp. 2d 1279, 1283 (C.D. Cal. 2004) ("It is well established that corporations
5  may appear in federal court only through licensed counsel."); In re America West
6  Airlines, 40 F.3d 1058, 1059 (9th Cir. 1994) ("Corporations and other unincorporated
7  associations must appear in court through an attorney."); see also In re ICLNDS notes
8  Acquisition, LLC, 259 B.R. 289, 294 (N.D. Ohio 2001) (limited liability company does
9  not have capacity to represent itself).  Accordingly, the Court **STRIKES** the answer
10 filed in pro per by Robert T. Barnes as authorized agent for Calfin and LOCOB. (Doc.
11 No. 7.)

12     Regarding the answer filed by Robert T. Barnes as attorney for Calfin and
13 LOCOB, (Doc. No. 5), Robert T. Barnes shall respond to this order on or before
14 **October 27, 2006** to show cause why the Court should not strike the answer because
15 he is not admitted to practice before the Southern District of California.  The Court will
16 hold a show cause hearing on **Monday, October 30, 2006 at 10:30 a.m.**  If, however,
17 Robert T. Barnes files the appropriate paperwork with the Clerk of Court, pays the
18 required fee, and gains admission to the Southern District of California before October
19 27, 2006, he may notify the Court, and the Court may vacate the show cause hearing
20 and keep the answer on the docket.

21     Finally, the Court notes that the correct case number for this action is **06-CV-
22 1259-H(LSP)**, not 06-CV-1529-H (LSP) as Defendants Calfin and LOCOB have
23 erroneously indicated on their filings.

24     IT IS SO ORDERED.
25 DATED:  October 24, 2006

26
27                              MARILYN L. HUFF, District Judge
                                UNITED STATES DISTRICT COURT
28

1 | Copies To:

2 | Eric F. Fagan
  | Jeremy Golden
3 | Law Offices of Eric Fagan
  | 2220 Otay Lakes Rd., #502-84
4 | Chula Vista, CA 91915

5 | Robert T. Barnes
  | Vijay S. Desai
6 | Law Office of Curtis O. Barnes
  | 390 West Cerritos Ave.
7 | Anaheim, CA 92805

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28