**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

AGUILAR                                   v. CALFIN HOLDINGS                       No. 06-1259-H(LSP)

HON. LEO S. PAPAS          CT. DEPUTY TRISH LOPEZ          Rptr.
                                        Attorneys
         Plaintiffs                                                    Defendants

Case settled.  Plaintiff's/Defendant's counsel to submit papers within ___30___ days.

A Settlement Disposition Conference will be held in this case on December 19, 2006 at 4:00 p.m., in the chambers of Magistrate Papas unless a joint motion for dismissal of this case is filed. A proposed order shall concurrently be emailed to the District Judge's e-file mailbox.  If a joint  motion for dismissal and proposed order cannot be filed on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor.  Monetary sanctions shall be imposed for failure to comply with this order.

Settlement Conference set for November 14, 2006 at 8:30 AM is vacated.

DATED:  November 13, 2006

                                                          _____
                                                          Hon. Leo S. Papas
                                                          U.S. Magistrate Judge